# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | : **Civil Action No. 1:17-CV-373** |
| | : |
| | : **United States District Judge** |
| MARC YOUNG, | : **Susan J. Dlott** |
| JEREMY W. BRIGGS, and | : |
| JOSEPH B. LAWRENCE | : |
| | : |
| BRINGING THIS ACTION ON | : |
| BEHALF OF THE UNITED STATES | : |
| OF AMERICA | : |
| | : |
| *Plaintiffs and Relators,* | : |
| | : |
| v. | : |
| | : |
| Golden State Medical Supply, Inc. | : |
| | : |
| *Defendant.* | : |
| | : |

## RELATORS' NOTICE OF VOLUNTARY DISMISSAL
## AND UNITED STATES' CONSENT

Pursuant to Civil Rule 41(a)(1)(A)(i), Relators in this action hereby voluntarily dismiss this False Claims Act action without prejudice as to Relators and the United States.

The United States, pursuant to 31 U.S.C. § 3730(b)(1), notifies the Court of its consent to dismissal of this action without prejudice to the United States.

A proposed Order is attached.

Respectfully submitted,

*s/ James A. Tate*
James B. Helmer, Jr. (Bar No. 0002878)
Paul B. Martins (Bar No. 0007623)
Julie Webster Popham (Bar No. 0059371)
James A. Tate (Bar No. 0085319)
Helmer, Martins, Rice and Popham Co., L.P.A
600 Vine Street, Suite 2704
Cincinnati, Ohio 45202
Telephone: (513) 421-2400
Facsimile: (513) 421-7902
E-Mail: pmartins@fcalawfirm.com
            jpopham@fcalawfirm.com
            jtate@fcalawfirm.com

*Attorneys for Relators*

United States Consent to Dismissal Without Prejudice:

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

DAVID DEVILLERS
United States Attorney

*s/ Matthew J. Horwitz*
MATTHEW J. HORWITZ (0082381)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6972
E-Mail: matthew.horwitz@usdoj.gov

ANDY J. MAO
CHRISTOPHER G. WILSON (0092705)
U.S. Department of Justice,
Civil Division, Commercial Litigation
175 N. St., N.E.
Washington, D.C. 20002
Office: (614) 255-1630
E-Mail: Christopher.g.wilson@doj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2020, the foregoing document was electronically served upon all counsel of record through the CM/ECF system.

                                                                 s/ *James A. Tate*