# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. | : Civil Action No. 1:17-CV-373 |
| | : |
| MARC YOUNG, JEREMY W. BRIGGS, and JOSEPH B. LAWRENCE | : **United States District Judge** : **Susan J. Dlott** |
| BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA | : |
| *Plaintiffs and Relators*, | : |
| v. | : |
| Golden State Medical Supply, Inc. | : |
| *Defendant*. | : |

# ORDER

Upon consideration of the Relators' Notice of Dismissal, filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the United States' Notice of Consent to the proposed dismissal, it is hereby:

**ORDERED** that Relators' complaint and all claims raised by Relators in this action are dismissed without prejudice to the United States and Relators; and

**FURTHER ORDERED** that all contents of the Court file in this action remain under seal and not be made public, except for the Complaint, any Amended Complaints, and this Order.

_____
UNITED STATES DISTRICT JUDGE